AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Justin Jones,<br>*Plaintiff*<br>v.<br><br>Eaton Corporation,<br>*Defendant* | Civil Action No.   3:15-04236-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

■ other: summary judgment is entered for the defendant, Eaton Corporation, against the plaintiff, Justin Jones and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Kaymani D. West granting the defendant's motion for summary judgment.

Date:  March 31, 2017                                                          *CLERK OF COURT*

                                                                                                    s/Angie Snipes
                                                                                    *Signature of Clerk or Deputy Clerk*